JS-6

Christopher D. Holt, Bar No. 228399
KLINEDINST PC
5 Hutton Centre Drive, Suite 1000
Santa Ana, California 92707
(714) 542-1800/FAX (714) 542-3592
cholt@klinedinstlaw.com

Issa K. Moe, Esq.
MOSS & BARNETT PA
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 877-5399/FAX (612) 877-5016
moei@moss-barnett.com

Attorneys for Defendant
ACCOUNTS RECEIVABLE
MANAGEMENT, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES JIMINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ACCOUNTS RECEIVABLE<br>MANAGEMENT, INC.,<br><br>    Defendant. | Case No.   CV09-9070-GW(AJWx)<br><br>**JUDGMENT**<br><br>Judge:              George H. Wu<br>Magistrate Judge: Andrew J. Wistrich<br>Complaint Filed: 12/10/09<br>Trial Date:         12/7/10 |

This action came on for hearing before the Court on November 15, 2010, Hon. George H. Wu, District Judge Presiding, on a Motion for Summary Judgment. The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

///

///

///

- 1 -

**[PROPOSED] JUDGMENT**
CV09-9070-GW(AJWx)

1  IT IS ORDERED AND ADJUDGED that Plaintiff LOURDES JIMINEZ,
2  also known as LOURDES JIMENEZ,[1] take nothing, that the action be dismissed
3  on the merits with prejudice, and that Defendant ACCOUNTS RECEIVABLE
4  MANAGEMENT, INC. recover its costs.

7  DATED: 11/29/10              By: *[signature]*
                                    Hon. George H. Wu
                                    United States District Judge

1076016v1

---

[1] Plaintiff used the latter spelling of her name in her videotaped deposition on August 18, 2010.